**Electronically Filed
Supreme Court
SCWC-15-0000643
02-DEC-2019
03:07 PM**

SCWC-15-0000643

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MARLIN L. LAVOIE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000643; CR. NO. 13-1-0236(3))

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed November 22, 2019, is corrected as follows:

Change "emotional distress" to "emotional disturbance" in the following three locations: (1) page 2, line 5; (2) page 2, line 17; and (3) page 12, line 3.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, December 2, 2019.

/s/ Richard W. Pollack

Associate Justice

